| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>logsecf@logs.com<br>Christopher DeNardo - 250782017<br>Elizabeth L. Wassall - 023211995<br>ATTORNEYS FOR DIGITAL FEDERAL CREDIT UNION |

| | |
|---|---|
| In re:<br><br>BENJAMIN RICH<br>a/k/a SAMUEL GUILLAUME,<br><br>                    Debtor. | Chapter 13<br><br>Case No. 22-15165-SLM |
| DIGITAL FEDERAL CREDIT UNION,<br><br>                    Plaintiff,<br><br>     v.<br><br>BENJAMIN RICH<br>a/k/a SAMUEL GUILLAUME,<br><br>                    Defendant. | Adversary No. 22-01299-SLM |

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

PLEASE TAKE NOTICE that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the

Plaintiff, Digital Federal Credit Union, hereby voluntarily dismisses the Complaint in the adversary proceeding against the Defendant, without prejudice.

LOGS Legal Group LLP

*/s/Elizabeth L. Wassall*
Elizabeth L. Wassall, Esquire
Attorney for Digital Federal Credit Union

Date: 10-25-2022

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>logsecf@logs.com<br>Christopher DeNardo - 250782017<br>Elizabeth L. Wassall - 023211995<br>ATTORNEYS FOR DIGITAL FEDERAL CREDIT UNION | |
| In re:<br><br>BENJAMIN RICH<br>a/k/a SAMUEL GUILLAUME,<br><br>                Debtor. | Chapter 13<br><br>Case No. 22-15165-SLM |
| DIGITAL FEDERAL CREDIT UNION,<br><br>                Plaintiff,<br><br>    v.<br><br>BENJAMIN RICH<br>a/k/a SAMUEL GUILLAUME,<br><br>                Defendant. | Adversary No. 22-01299-SLM |

## CERTIFICATION OF SERVICE

I, _____ the undersigned

1.    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Christopher DeNardo, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Notice of Voluntary Dismissal of Complaint.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: _____

_____
Printed Name

| | | |
|---|---|---|
| Yakov Rudikh, Esquire<br>14 Woodward Drive<br>Old Bridge, NJ 08857 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg, Esquire<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Benjamin Rich<br>14 Lincoln St.<br>South Hackensack, NJ 07606 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>U.S. Dept. of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.